■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT BOVE, Appellant. [679 NYS2d 330] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered March 13, 1997, convicting him of

robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Miller, Thompson and Luciano, JJ., concur.